Submitted November 1—decided November 7, 1968

MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the defendant to dismiss the plaintiff's motion to dismiss or stay the appeal from the Superior Court in Fairfield County is denied.

*John J. Sullivan,* with whom was *William C. Strong,* for the appellant (defendant).

*Edgar W. Bassick III,* for the appellee (plaintiff).

The motion by the plaintiff to dismiss or stay the appeal from the Superior Court in Fairfield County is denied.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*William C. Strong,* with whom was *John J. Sullivan,* for the appellant (defendant).

Argued November 5—decided November 13, 1968

